538

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

GRACE TRETTAU, as Executrix, of OTTO TRETTAU, Deceased, Respondent, v. PHILIP FELD et al., Appellants.

Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

REBECCA WHITE et al., Respondents, v. PRUDENCE BURTON, Defendant, and CITY OF MOUNT VERNON et al., Appellants.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE YOUNG, Appellant.

Beldock, P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.

(May 8, 1967)

In the Matter of WILLIAM RORERT KLEIN, an Attorney, Respondent. SOLOMON A. KLEIN, Petitioner.

Brennan, Acting P. J., Rabin, Hopkins and Munder, JJ., concur; Benjamin, J. not voting.